# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CHRYSTAL ROBERTS, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-07165-CV (MARx) |
| Plaintiffs, | **ORDER STAYING CASE** |
| v. | |
| HEALTHPRO BRANDS INC., and DOES 1 through 10, inclusive | |
| Defendants. | |

1

On August 21, 2025, the parties filed a joint stipulation to stay litigation pending the Ninth Circuit's decisions in *Ruiz v. The Bradford Exchange, Ltd.*, No. 24-3378 (9th Cir.) and *Haver v. Gen. Mills, Inc.*, No. 24-6784 (9th Cir.) ("Stipulation"). Doc. # 11. The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

1. All proceedings in this case are stayed, including any deadline to file a motion to remand or file a response to the Complaint.

2. No later than 30 days after the Ninth Circuit has issued its decision in both *Ruiz* and *Haver*, the parties shall file a stipulation and proposed order lifting the stay and setting forth proposed deadlines for any motion to remand or any response to the Complaint.

**IT IS SO ORDERED.**

Dated: 8/27/25

*Cynthia Valenzuela*
HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT COURT JUDGE