Paul D. Stevens (Cal. Bar. No. 207107)
pstevens@stevenslc.com
Lauren A. Bochurberg (Cal. Bar. No. 333629)
lbochurberg@stevenslc.com
**STEVENS, LC**
1855 Industrial Street, Suite 518
Los Angeles, California 90021
Tel: (213) 270-1211
Fax: (213) 270-1223
*Attorneys for Plaintiff Chrystal Roberts*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CHRYSTAL ROBERTS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHPRO BRANDS INC., and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 2:25-cv-07165-CV (MARx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Case Assigned for All Purposes to Hon. Cynthia Valenzuela |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Chrystal Roberts hereby voluntarily dismisses her claims with prejudice.

Dated: December 22, 2025　　　　　　　　　STEVENS, L.C.

　　　　　　　　　　　　　　　　　　　　By: */s/ Paul D. Stevens*
　　　　　　　　　　　　　　　　　　　　Paul D. Stevens
　　　　　　　　　　　　　　　　　　　　Lauren A. Bochurberg
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Chrystal Roberts

2
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

# CERTIFICATE OF SERVICE

## United States District Court for the Central District
## Case No. 2:25-cv-07165-CV (MARx)

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** via the CM/ECF system on December 22, 2025.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: December 22, 2025

By: /s/ *Paul D. Stevens*
Paul D. Stevens